| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gordon, Leo M. | 2. Court or Organization U.S. Court of International Trade | 3. Date of Report 05/11/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Court of International Trade - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address U.S. Court of International Trade One Federal Plaza New York, NY 10278 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Board - Emory University School of Law - Atlanta, GA |
| 2. | Trustee | Hebrew Free Loan of New Jersey - Florham Park, NJ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ████████████████████ - Salary |
| 2. 2014 | NJ Division of Pension of Benefits - Pension |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University School of Law | 2/27/14 | Washington, DC | Georgetown International Trade Update 2014 | Transportation, lodging, and meals |
| 2. | Emory University School of Law | 3/19/14-3/20/14 | Atlanta, GA | Emory University School of Law Lecture -Customs and Administrative Law | Transportation, lodging, and meals |
| 3. | John Marshal Law School | 4/10/14-4/11/14 | Chicago, IL | John Marshal Law School Lecture | Transportation, lodging, and meals |
| 4. | Federal Judges Association | 5/6/14-5/7/14 | Washington, DC | FJA Quadrennial Board Meeting | Transportation, lodging, and meals |

| 5. | Academy for Judicial Exchanges and Studies | 8/17/14-8/31/14 | Ushuaia, Cordoba, Mendoza, Buenos, Aires, & Mar de Plata, Argentina | Academy for Judicial Exchanges and Studies Program | Transportation, lodging, and meals |
|---|---|---|---|---|---|
| 6. | Federal Circuit Bar Association | 11/21/14 | Washington, DC | Federal Circuit Bar Association Dinner | Transportation, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gordon, Leo M.** | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | None |
| 2. | Sallie Mae Servicing | Student Loans | K |
| 3. | Chase Card Services | Credit Card | None |
| 4. | Bank of America | Credit Line | None |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Verizon Communications - Common Stock | A | Dividend | J | T | | | | | |
| 2. ML Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | J | T | | | | | |
| 3. Franklin Templeton - Temp Class A - World Fund - Mutual Fund | B | Dividend | K | T | | | | | |
| 4. Invesco VanKampen Amer. Cap. High Yield Mun. F. - Mutual Fun | B | Dividend | K | T | | | | | |
| 5. Disney - Common Stock | A | Dividend | J | T | | | | | |
| 6. Valley Nat'l Savings Bank - Savings Account | A | Interest | J | T | | | | | |
| 7. ING Security Life - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 8. Apple - Common Stock | A | Dividend | L | T | | | | | |
| 9. Visa Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 10. Stonebridge Life Ins. Co. - Whole Life Ins. Policy | A | Interest | J | T | | | | | |
| 11. Portage Minerals Inc. (Y) | | | | | | | | | |
| 12. Bank of America - Savings Acct. | A | Interest | K | T | | | | | |
| 13. U.S. Treasury HH Bonds | | None | J | T | | | | | |
| 14. GNMA - Bonds (Y) | | | | | | | | | |
| 15. -Fed. Home Loan Mtg. Corp. - Bonds (X) | A | Interest | J | T | | | | | |
| 16. Franklin Templeton - High Inc. Tr. Fund - Class A - Mut. Fund | A | Dividend | J | T | | | | | |
| 17. American Funds - Wash. Mutual Investors Fund - Class A Mut. Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Estate #1 (H) | | | | | | | | | |
| 19. U.S. Treasury HH Bonds | B | Interest | | | Redeemed | 03/05/14 | J | | |
| 20. AGE Bank Deposit Program - Wells Fargo Bank, N.A. | A | Interest | | | Distributed | 12/24/14 | J | | |
| 21. GNMA - Bonds (Y) | | | | | | | | | |
| 22. Fed. Home Loan Mtg. Corp. - Bonds | A | Interest | | | Distributed (part) | 07/29/14 | J | | |
| 23. | | | | | Distributed | 12/24/14 | J | | |
| 24. IRA #1 (H) | | | | | | | | | |
| 25. AGE Bank Deposit Program - Wells Fargo Bank, NA (Y) | | | | | | | | | |
| 26. Calamos Investment Trust New Convertible Fund - Mutual Fund | A | Dividend | J | T | Sold (part) | 02/14/14 | J | | |
| 27. Calamos Investment Trust New Growth Fund - Mutual Fund | | None | J | T | | | | | |
| 28. Kinectics Mutual Fund Inc -Paradigm Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 29. WHV Int'l Equity Fund - Class 1- Mutual Fund | A | Dividend | J | T | | | | | |
| 30. Pimco Real Return-Bond | A | Dividend | J | T | Sold (part) | 02/14/14 | J | A | |
| 31. Wells Fargo Advantage Emerging Markets-Equity Fund Mut Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 2 consolidates lines 2 and 3 of the 2013 report.

Part VII, line 19, reflects a name correction (previously identified as EE bonds).

Part VII, lines 26 and 52 of the 2013 report were below threshold and not reportable in 2013 (Y), therefore they have been omitted from the 2014 report.

Part VII, line 45, Column D(1) of the 2013 report should have reflected "Sold" instead of "Sold (part)."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo M. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544